UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| LONDON TRUST MEDIA, INC., <br> an Indiana corporation, <br>                    Plaintiff, <br> v. <br><br> SERVER SITTERS, LLC, <br> a Virginia Limited Liability Company, <br>                    Defendant. | Case No. 1:17-cv-01244 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff London Trust Media, Inc. hereby gives notice of the voluntary dismissal without prejudice of the above-referenced action against Defendant Server Sitters, LLC.

Respectfully submitted,

DATED: November 27, 2017

/s/ Courtney A. Sullivan
Courtney A. Sullivan (VSB # 43244)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.344.4000
Facsimile: 202.344.8300
E-Mail: CASullivan@Venable.com

Kimberly Culp Cloyd (Admitted *Pro Hac Vice*)
VENABLE LLP
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone: 415.653.3750
Facsimile: 415.653.3755
E-Mail: KCulp@Venable.com

*Attorneys for Plaintiff London Trust Media, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of November, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and will serve the document, along with a copy of the Notice of Electronic Filing (NEF), by U.S. Mail, to the following non-filing user:

>Server Sitters, LLC
>34 Liberty Knolls Dr.
>Stafford, VA 22554

DATED: November 27, 2017

VENABLE LLP

By: /s/ Courtney A. Sullivan
Courtney A. Sullivan (VSB # 43244)
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: 202.344.4000
Facsimile: 202.344.8300
E-Mail: CASullivan@Venable.com

Kimberly Culp Cloyd (Admitted *Pro Hac Vice*)
VENABLE LLP
505 Montgomery Street, Suite 1400
San Francisco, CA 94111
Telephone: 415.653.3750
Facsimile: 415.653.3755
E-Mail: KCulp@Venable.com

*Attorneys for Plaintiff London Trust Media, Inc.*